[EXHIBIT A]

RECEIVED "DB"
CHARLOTTE, N.C.
2005 AUG 12 PM 3:43
U.S. DIST. COURT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| BUILDING GRAPHICS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WREN HOMES, INC., ) <br> DOUGLAS E. TINO, ) <br> and DOUGLAS E. TINO, INC. ) <br> ) <br> Defendants. ) | Civil Action No. 3:02CV326-V |

## CONSENT JUDGMENT

Plaintiff Building Graphics, Inc. ("Building Graphics"), Defendant Douglas E. Tino and Defendant Douglas E. Tino, Inc. (collectively, "Tino Defendants"), and Defendant Wren Homes, Inc. ("Wren") have agreed to entry of a judgment in the form set forth herein.

NOW, THEREFORE, it is ORDERED, ADJUDGED and DECREED as follows:

1. This Court has personal jurisdiction over the parties and subject matter jurisdiction over the matters asserted in this lawsuit.

2. Judgment is hereby entered in favor of Building Graphics and against ~~the Tino Defendants and~~ Wren in the following manner:

    a. Building Graphics shall have and recover from ~~the Tino Defendants and~~ Wren ~~jointly and severally~~ the sum of $ 90,000.00 ;

    b. ~~Building Graphics shall have and recover from the Tino Defendants severally the sum of $_____ ; and~~

DOCUMENT SCANNED

CLT01/4670338v3

~~c. Building Graphics shall have and recover from Wren severally the sum of $_____;~~

3. This Court shall retain jurisdiction over the parties and this dispute for the purpose of making any further orders necessary or proper for the interpretation, modification, or enforcement of this judgment.

4. Each party shall bear its own costs and attorneys' fees.

Date: **3-11-05**, 2005

THE HONORABLE RICHARD VOORHEES
United States District Judge

APPROVED AS TO FORM
AND ENTRY REQUESTED:

Richard M. McDermott
(N.C. Bar No. 21,201)
Jason M. Sneed
(N.C. Bar No. 29,593)
Benjamin F. Sidbury
(N.C. Bar No. 28,071)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, suite 4000
Charlotte, NC 28282-4000
P. (704) 444-1000
F. (704) 444-1111
Attorneys for Plaintiff

W. Thad Adams, III
(N.C. Bar No. 00,020)
Matthew J. Ladenheim
(N.C. Bar No. 29,309)
ADAMS EVANS, P.A.
2180 Two Wachovia Center
301 South Tryon Street
Charlotte, NC 28282
P. (704) 375-9249
F. (704) 375-0729
Attorneys for Defendants

CLT01/4670338v3